## SAMUEL C. SCOVILLE vs. SILAS SMITH.

No appeal lies from the determination of the court of common pleas under the Rev. Sts. c. 107, § 5, of the amount for which conditional judgment shall be entered on a writ of entry to foreclose a mortgage, unless the record shows that a question of law was involved.

WRIT OF ENTRY to foreclose a mortgage. The defendant claimed an appeal from a conditional judgment entered in the usual form by the court of common pleas. But *Sanger*, J. refused to allow the appeal, and to this refusal the defendant alleged exceptions.

*I. Sumner & J. Rockwell*, for the defendant, cited Rev. Sts. c. 107, § 5; c. 82, § 6; *St.* 1840, c. 87, § 5.

*H. L. Dawes & C. N. Emerson*, for the plaintiff, were stopped by the court.

BY THE COURT. The determination by the court of common pleas, pursuant to Rev. Sts. c. 107, § 5, of how much is due to the plaintiff on the mortgage, on payment of which the defendant is to hold the premises, involves a mere computation of amounts, and, unless it appears on the face of the record that a question of law was involved in the decison, no appeal lies. *St.* 1840, c. 87, §§ 4, 5.                    *Exceptions overruled.*